# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF PRODUCTION COMPANY, INC.

VERSUS

HALLIBURTON ENERGY SERVICES, INC. AND ROBERT PEATROSS

NO.  2022 CW 0932

**AUGUST 31, 2022**

---

In Re:  Halliburton Energy Services, Inc. and Robert Peatross, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2013-12663.

---

**BEFORE:  WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**AHP**
**WIL**

   **Welch, J.,** dissents and would grant the writ.  While the grant of a continuance is within the district court's discretion, La. Code Civ. P. art. 1601 requires good grounds for a continuance.  This matter has been ongoing for approximately nine years, with multiple extensions of expert deadlines and trial continuances.  Plaintiff had ample opportunity to develop its case, including the retention of experts. See **Allen v. PHI, Inc.,** 2015-461 (La. App. 3d Cir. 12/9/15), 181 So.3d 890, 900. I find the exclusion of the testimony of one of plaintiff's experts prior to trial does not constitute good grounds for a continuance in light of the procedural history of this case and would deny the motion to continue the trial.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
  FOR THE COURT